Continuum Energy Tech., LLC v Iron Oak, Inc. (USA) (2024 NY Slip Op 03077)

Continuum Energy Tech., LLC v Iron Oak, Inc. (USA)

2024 NY Slip Op 03077

Decided on June 06, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 06, 2024

Before: Webber, J.P., Oing, Kapnick, Rosado, Michael, JJ. 

Index No. 657219/21 Appeal No. 2456 Case No. 2023-05352 

[*1]Continuum Energy Technologies, LLC, et al., Plaintiffs-Respondents,
v
Iron Oak, Inc. (USA), Formerly Known as Iron Oak, LLC, et al., Defendants-Appellants, Iron Oak, Inc. (France), et al., Defendants.

White and Williams LLP, New York (Thomas E. Butler of counsel), for appellants.
Robins Kaplan LLP, New York (Lauren J. Coppola of counsel), for respondents.

Order, Supreme Court, New York County (Joel M. Cohen, J.), entered on or about April 5, 2023, which granted plaintiffs' motion to enjoin defendants from prosecuting the second-filed French action, unanimously affirmed.
"In the interest of preventing duplicative litigation that might lead to conflicting results, and to prevent the waste of judicial resources and unnecessary legal expenses, the court did not improvidently exercise its discretion by . . . enjoin[ing] defendant[s] from prosecuting the [French] action" (Jay Franco & Sons Inc. v G Studios, LLC, 34 AD3d 297, 298 [1st Dept 2006]; see also Murjani v Murjani, 123 AD3d 409, 410-411 [1st Dept 2014]; Gliklad v Cherney, 97 AD3d 401, 403 [1st Dept 2012]; IRB-Brasil Resseguros S.A. v Portobello Intl. Ltd., 59 AD3d 366, 366-367 [1st Dept 2009]; Interested Underwriters at Lloyd's v H.D.I. III Assoc., 213 AD2d 246-247 [1st Dept 1995]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 6, 2024